UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
NASEAN BONIE,                                                :
                                                             :   20 Civ. 640 (KMK)
                                              Plaintiff,     :
                                                             :
                    - against -                              :
                                                             :
ANTHONY ANNUCCI, et al.,                                     :
                                                             :
                                              Defendants.  X
-------------------------------------------------------------

## NOTICE OF WITHDRAWAL AS COUNSEL

     PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Daphna Frankel, an Assistant Attorney General at the Office of Letitia James, Attorney General of the State of New York, attorney for Defendants Anthony J. Annucci, Mark Royce and Ileshema Thomas ("Defendants") in the above-entitled action, hereby withdraw as an attorney of record for the Defendants, as I am transferring to a new unit in the Office and am no longer assigned to the defense of this case on the Attorney General's behalf. The Office of the Attorney General will continue to serve as counsel of record to Defendants in the above-referenced matter, and this matter will continue to be handled by Assistant Attorney Amanda Yoon.

     Therefore, I hereby request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated:     New York, New York     Respectfully submitted,
               July 17, 2020

                                              LETITIA JAMES
                                              Attorney General
                                              State of New York
                                              <u>Attorney for Defendants</u>

                                              By:

                                              */s/Daphna Frankel*
                                              Daphna Frankel
                                              Assistant Attorney General
                                              28 Liberty Street
                                              New York, New York 10005
                                              Tel: (212) 416-8572
                                              Email: daphna.frankel@ag.ny.gov


IT IS SO ORDERED.

Dated:   July 17  , 2020                                 
                                            HON. KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE

## DECLARATION OF SERVICE

DAPHNA FRANKEL, pursuant to 28 U.S.C. 1746, declares under penalty of perjury as follows:

That on July 17, 2020, I mailed a copy of the annexed NOTICE OF WITHDRAWAL to be served on the plaintiff by depositing a true and correct copy thereof, properly enclosed in a pre-paid wrapper, in a receptacle maintained by the United States Postal Service, upon the following person:

NASEAN BONIE
DIN # 15A1872
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY  12582

                                              */s/ Daphna Frankel*
                                              Daphna Frankel
                                              Assistant Attorney General

                                              Executed on July 17, 2020