

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8606

October 30, 2020

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Bonie v. Annucci*. 20 Civ. 640 (KMK)

Dear Judge Karas:

This office represents defendants Annucci, Thomas, Royce, Cobb, Brogan, Ruiz, and Mazzalla ("Represented Defendants") in the above-referenced action. I write to respectfully request an adjournment of pre-motion conference that is currently scheduled for November 12, 2020 at 10:30AM (*See* Dkt. 144) to another date and time that is convenient for the Court.

The grounds for this request are that I have a previously scheduled conference on another case, Smolen v. Nevins, 17 CV 07494 (PMH)(JCM), on the same date and time. This is the first request for an adjournment of pre-motion conference. *Pro se* Plaintiff is currently incarcerated, and was not contacted for his consent due to the delay associated with corresponding *via* mail.

We thank the Court for its attention in this matter.

**The pre-motion conference scheduled for November 12, 2020 is adjourned. Defense counsel is to notify Plaintiff immediately of the change in schedule and confirm to the Court that Plaintiff is aware of the change.**

**White Plains, NY**
**November 10, 2020**

SO ORDERED
KENNETH M. KARAS U.S.D.J.

Respectfully submitted,
 */s/ Amanda Yoon*
Amanda Yoon
Assistant Attorney General
Amanda.Yoon@ag.ny.gov

cc: Nasean Bonie
DIN#15-A-1872