Dear Judge (Karas)     * Re: (Cv# 20-CV-640 (KMK) *     6/2/21

Hello, my name is "Mr. Naseen Burire" and I am the (Plaintiff) in the above-referenced case! I on my own Accord & Free Will "DISMISS" the above-referenced case! I appreciate the courts attention into this manner! (Thank You)

RECEIVED JUN 15 2021 U.S.D.C. W.P.

MEMO ENDORSED

Application granted. This case is dismissed with prejudice.

So Ordered.

[signature]
6/17/21

Respectfully Yours

[signature]

*(1st Infantry Division, IRAly, Germany)*

Mr. Naseem Burie (##SA-####)
Attica Correctional Facility
Box #149,
Attica, NY 14011-0149

RECEIVED JUN 15 2021 U.S.D.C. W.P.
ATTICA CORRECTIONAL FACILITY
NEOPOST 06/03/2021 US POSTAGE $
ZIP 14011
041M11284163

United States District Court
Southern District of New York
Attn: (Judge KARAS)
300 Quarropas Street,
White Plains, NY 10601

*LEGAL MAIL*

1060134140 C004