UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NASEAN BONIE,

                Plaintiff,

      -against-

ILESHEMA THOMAS and DAVID MAZZELLA,

                Defendants.
-----------------------------------------------------------x

[~~PROPOSED~~] ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF

20 Civ. 640 (KMK)

      Pursuant to Federal Rule of Civil Procedure 30(a)(2), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Nasean Bonie, DIN 15-A-1872, by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and Superintendent of the correctional facility where he is then located.

      Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: White Plains, New York
         July 26          , 2023

SO ORDERED.

_____
HON. KENNETH M. KARAS
United States District Judge