```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BONNIE,

                                Plaintiffs,

        -against-

ANNUCCI et. al.,

                                Defendant.

----------------------------------------------------------------X

20-CV-00640 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      Defense counsel is directed to confer with Plaintiff and file a joint letter by no later than September 29, 2023, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month. The letter should also discuss the progress of settlement discussions and whether a settlement conference or referral to mediation is requested.

      **SO ORDERED.**

DATED:    White Plains, New York
                  September 19, 2023

                                                      _____
                                                      VICTORIA REZNIK
                                                      United States Magistrate Judge