

**MEMO ENDORSED**

United States District Court
Southern District of New York

(ps # 1 o 2)

NASEAN BONIE, (Plaintiff)    CLAIM

#20-CV-640-KMK

V.

ANTHONY ANNUCCI, et al., (Defendants)    ( MOTION / LETTER/Correspondence/OBJECTION / AFFADAVIT / DISCOVERY / Exhibit )

"Plaintiff - Request (Summary Judgment)"

Plaintiff, was and has been given several *(Direct Orders)* by (Defendant: THOMAS) - (NUMEROUS/Extensive occasions) - on each and every occassion of (P.R.E.A, Sexual Harrassment, RAPE "Sexual Assault, Theft, Threats, Retaliation, Campaign of Harrassment; Cruel; Unusual Punishment, Theft of Mail, Theft of Legal Mail) & more. Plaintiff was told by (Defendant: THOMAS) "All I have to say is that (INMATE: BONIE) was instructed by myself (Officer: THOMAS) given a *(DIRECT ORDER)* That is all it takes to get you locked UP NASEAN ! Escape charge so just drop them Draws and give me what I want plus you have to eat my pussy"! Now (Plaintiff) has by (New York State) ; (The New York State Department of Corrections ;- Community Supervision) "LAWS" abiding by (Direct Orders) of (Defendant: THOMAS) of "SEX,- Sexual Encounters, RAPE, P.R.E.A, Sexual Assault" because once a (New York State "NYS-DOCCS" gives ANY INMATE a Direct Order the INMATE MUST Follow that Direct order or be subjected/given a INMATE MISBEHAVIOR REPORT. It has been proven that (Plaintiff) has received since filing (Claim: P.R.E.A with "NYS-DOCCS" - OSI "Investigators") NUMEROUS - *DIRECT ORDER* (INMATE MISBEHAVIOR REPORTS) also known as (Tickets) from various (NYS-DOCCS "Correction Officers" - STATEWIDE in New York State). (Defendant: THOMAS) also on more then one occassion stated to Plaintiff "We will talk in CODE to many snitches that like to call IG and OSI so I'm going to be able to contact you if you get moved to another facility or jail. so IF any officer give you a ticket that say DIRECT ORDER that means I still love you and A message coming soon, so Trust me my Union Statewide so Eyes going to be on you Ears and hands so dont fuck with NO other women once mines always mines"! (Plaintiff) to date has a Extensive Amount of "Direct Order" tickets ; verbal messages from various Correctional Facilities (NYS-DOCCS) "New York State" - Correction Officers from (Defendant: THOMAS) ; - (Plaintiff) has been moved/Transfered Extensively as well : (Downstate C.F., ATTICA C.F., SOUTHPORT C.F., - UPSTATE C.F., CLINTON C.F., AUBURN C.F. ; ELMIRA C.F.) & all (NYS-DOCCS) Correctional Facilities since making (P.R.E.A) Grievance/Complaint with (OSI "Investigators: Thurton ; Cherry") ; filing CLAIM in (USDC "SDNY") !

"OSI (Investigators: Cherry; Thurton)" were well aware of these Nuisances (Sexual Encounters/Direct Orders) with (Defendant Thomas)

(#1) "Thurton" (Plaintiff) told "OSI (Thurton)" as Interview was concluded prior to leaving Room Officer Thomas keeps Harrassing me to and she been giving me Direct orders each/everytime we meet up so I can't get tickets its going to make look Guilty & her not!

(#2) "CHERRY" (Plaintiff) told "OSI (Cherry)" as (Plaintiff) was being Searched by (Investigator: Cherry) "Officer Thomas gave me a Direct Order to put these names in my phone book which now you wanna Confiscate when she gave me Direct orders to have Sex and do other things you were not there so now you Stealing my Address Book for what a Investigation you people dont help me All yall do is Retaliate for (NYS-DOCCS)!

(pg # 2 of 2)

*DATED* (MAY 7, 2023) 5/7/23
ELMIRA, New York

(Plaintiff -Prosecutor "PRO-SE")
Mr. NASEAN BONIE / DIN# 15A1872
The New York State Department of Corrections; Community Supervision
- NEW YORK STATE -
"ELMIRA Correctional Facility"
P.O. # 500,
ELMIRA, NY 14902-0500

(I declare under penalty of perjury that All Contained herewith is TRUE & Correct (United States of America) "U.S.C.A")

Plaintiff's Motion for Summary Judgment
is premature and therefore, denied
without prejudice.  Plaintiff may refile
such a motion at the close of discovery.
10/10/2023

SO ORDERED.

cc: File

NEW YORK STATE
c/o New York State Department of Corrections (NYS-DOCCS)

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: NASEAN BONIE    DIN: 15A1872



"CLERK"
United States District Court
Southern District of New York,
300 Quarropas Street,
White Plains, NY 10601

LEGAL MAIL